ST. LOUIS BARGE FLEETING SERV-
ICE, INC., a corporation, Appellant,

v.

MID–AMERICA TRANSPORTATION
COMPANY, a corporation, Appellee.

No. 17782.

United States Court of Appeals
Eighth Circuit.

Aug. 9, 1965.

Forrest Boecker, St. Louis, Mo., for appellant.

Paul C. Zempel, St. Louis, Mo., for appellee.

Before BLACKMUN and RIDGE, Circuit Judges, and REGISTER, District Judge.

PER CURIAM.

The judgment appealed from is affirmed for the reasons and law as stated in the opinion of the Trial Court in Mid-America Transportation Company v. St. Louis Barge Fleeting Service, Inc., (E.D. Mo.) 229 F.Supp. 409.

Welton VAN HOOK, Appellant,

v.

R. L. EKLUND, Superintendent of the
California Prison at Chino, California, Appellee.

No. 19998.

United States Court of Appeals
Ninth Circuit.

Aug. 5, 1965.

Rehearing Denied Aug. 24, 1965.

Welton Van Hook, in pro. per.

Thomas C. Lynch, Atty. Gen. of California, Wm. E. James, Asst. Atty. Gen. of California, George J. Roth, Deputy Atty. Gen. of California, Los Angeles, Cal., for appellee.

Before BARNES, HAMLIN and ELY, Circuit Judges.

PER CURIAM:

This cause came on to be heard on the record on appeal from the United States District Court for the Southern District of California, without argument;

On consideration whereof, it is ordered and adjudged by this Court that the judgment of the District Court appealed from in this cause be, and is hereby, affirmed.